# United States District Court
## Eastern District of California

**FILED**
Aug 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**        **CRIMINAL COMPLAINT**

V.

**EZRA DYLAN BURTON**        DOCKET NUMBER: 6:22-mj-00012-HBK

I, Ian Rippetoe, Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **EZRA DYLAN BURTON** did or was:

**Count 1:** Trespass upon property not open to the public in violation of Title 36 Code of Federal Regulations § 2.31(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Engage in disorderly conduct; obscene, threatening or menacing behavior in violation of Title 36 Code of Federal Regulations § 2.34(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Possess a controlled substance, edible cannabis, in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Intentionally interfere with a government employee engaged in an official duty in violation of Title 36 Code of Federal Regulations § 2.32(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Engage in disorderly conduct; fighting or threatening behavior in violation of Title 36 Code of Federal Regulations § 2.34(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 6:** Trespass upon property not open to the public in violation of Title 36 Code of Federal Regulations § 2.31(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 7:** Engage in disorderly conduct; obscene, threatening or menacing behavior in violation of Title 36 Code of Federal Regulations § 2.34(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: **No**        U.S. v. **BURTON**
        Criminal Complaint

I further state I am a commissioned Law Enforcement Officer with the National Park Service. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

I have been employed as a Commissioned Law Enforcement Officer with the National Park Service since 2011, and am a graduate of the Federal Law Enforcement Training Center, Glynco GA. I am also a California Peace Officer Standards and Training graduate through the Ben Clark Training Center, Riverside County. I am currently employed as a Supervisory Park Ranger in the Valley district of Yosemite National Park. I regularly make warrantless arrests as part of my normal duties.

**COUNTS 1 through 4**
1) TRESPASS #1
2) DISORDERLY CONDUCT #1
3) PCS
4) INTERFERING WITH AGENCY FUNCTIONS

On 08/09/2022 at approximately 7:35 AM I was called to a report of a man screaming and making threats in the lobby of the Ahwahnee Hotel. I responded to the location within a minute of the original call for service and arrived at the front of the Ahwahnee Hotel to see Ezra BURTON walking from the covered arrival area in the front of the hotel, down a boardwalk, and then turn out of my sight into a back dock area of the hotel closed to the public.

BURTON had been fired from Aramark Corporation, the company that runs the Ahwahnee Hotel, the day before (August 8, 2022) and had been specifically instructed, on camera and with a signed witness, that he could not enter company property that was closed to the public. In addition, BURTON had been told, after causing a disturbance in the Ahwahnee Hotel earlier in the week, that he could not enter the Ahwahnee Hotel at all.

S.M., an employee at the Ahwahnee Hotel front desk, provided a written statement that just prior to my arrival on scene BURTON had approached her and had begun yelling at her. S.M. had immediately dialed 911 upon seeing BURTON, knowing something of his recent behavior as stated above and further described below, and had told her co-workers that she was uncomfortable.

BURTON proceed to scream at S.M. in the hotel lobby, saying "Fuck you, you're a fucking drone. You don't have a fucking soul." And "I don't care what I fucking do to you"

This caused a significant disturbance in the lobby of the hotel.

I pursued BURTON around the corner and observed him on a bicycle at the far end of the loading dock area, near the Ahwahnee back door. This area is closed to the public. I ordered BURTON off

his bicycle and placed him under arrest for Trespassing. BURTON acknowledged that he was trespassing during the arrest.

A search of BURTON incident to arrest revealed a set of lock picks, a lock pick trainer, a glass container with 5 "stiiizy" brand 10mg THC gummies, and a Ziploc style "gelato sour" commercial bag with 7 more 10mg THC gummies. These gummies were found in packaging stating that they are cannabis products, with the dose listed on the front. A mostly depleted vaporizer cartridge labeled with the standard THC "marijuana leaf" warning symbol was also found.

While at Fresno Community Regional Medical Center at approximately 12:30 PM to receive a medical clearance for booking into the Fresno County Jail, BURTON began trying to remove his "belly chain" restraint, commonly used in long transports to permit a prisoner to be handcuffed in the front.

U.S.P.R Nick Sullens, one of the transporting Officers, moved to stop BURTON from removing the chain. BURTON then spit upon Ranger Sullens, with the spit making contact on Ranger Sullens leg and arm.

## COUNT 5
   5) **DISORDERLY CONDUCT: FIGHTING**

On 08/08/2022, at approximately 3:00PM, I was called to the Curry Village New Housing area where R.V. had reported being assaulted by BURTON.   R.V. reported the assault to Aramark Human Resources.

R.V. told Ranger Stephanie Hesse in my presence that BURTON had ridden up quickly on a bicycle in the Huff Housing area at approximately 1:30 PM, had dismounted the bicycle and approached R.V. in an aggressive and violent way, screaming incoherently about the female that R.V. was with at the time. R.V. said that he was pushed, two handed, by BURTON at least three times as R.V. tried to escape the confrontation.   R.V. entered a nearby tent cabin and held the door closed to prevent BURTON from following him.

BURTON banged loudly on the door and then left.

R.V. had suffered abrasions to a knee and hand and provided photos of the injuries taken from within the cabin R.V. had sheltered in.   R.V. also allowed us to photograph the injuries. His injuries consisted of a recently scabbed over abrasion to the left knee, with drying blood still present, and an approximately one-inch-long bleeding scratch to the right hand.

BURTON had called Yosemite Dispatch and had admitted to pushing R.V. during the argument.

Speedy Trial Act Applies: **No**

U.S. v. **BURTON**
Criminal Complaint

BURTON was located approximately one and a half hours after the assault and issued a Mandatory Appearance citation for Disorderly Conduct: Fighting.

## COUNTS 6 and 7
    6) **TRESPASS #2**
    7) **DISORDERLY CONDUCT: MENACING #2**

On 08/07/2022 at approximately 10:50 AM I was called to Huff Housing unit #73 for a report of trespass.

Upon arrival I found BURTON sitting out front of #73 in a circle of chairs with three females. The females looked scared, and when I asked if everything was alright one shook her head covertly.

I separated the group and interviewed C.Z., one of the occupants of #73. C.Z. claimed that BURTON had come to #73 at approximately 10:30 AM and had accused C.Z. and the other occupants of stealing BURTON's prescription Lorazepam bottle from his tent cabin. BURTON had also screamed at the girls "Fuck you" and "I don't care about either of you".

BURTON then entered unit #73 and proceeded to the back of the cabin assigned to S.M.C. where he began rifling through S.M.C.'s belongings. C.Z. and another E.V, the initial reporting party, told BURTON multiple times to stop and to get out, but BURTON persisted in his rummaging and remained in the cabin for approximately 10 to 15 minutes, and was told "at least ten times" by each female to leave. When BURTON threatened to call law enforcement to report the theft, one of the females on scene told BURTON that they would call law enforcement to report him instead.

I inspected the tent with the resident's permission and found the area described ransacked.

BURTON admitted to going into #73 but claimed that he had been invited, had been in the tent less that thirty seconds, and had left when asked.

//

//

//

//

Speedy Trial Act Applies: **No**

U.S. v. **BURTON**
Criminal Complaint

I issued BURTON two mandatory citations for the violations of Disorderly Conduct and Trespass. BURTON later flagged me down to tell me that he had located his pill bottle but that 4 of the 9, 2mg Lorazepam pills were missing.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

08/10/2022
Date

*Ian Rippetoe*
*Ranger: Ian Rippetoe*
Law Enforcement Park Ranger
Yosemite National Park, CA

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this   10th  day of (August, 2022).

8/10/2022
Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE